No. 89–437. DIEFENBACH ET UX. *v.* WASHINGTON. Ct. App. Wash. Certiorari denied. ▮

No. 89–439. DAVIS OIL CO. ET AL. *v.* MILLS ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 89–445. BRUCE *v.* HARLAN & HARLAN ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–451. WRENN *v.* STONE ET AL. C. A. 6th Cir. Certiorari denied. ▮

No. 89–452. ICG PETROLEUM, INC., ET AL. *v.* UNITED STATES DEPARTMENT OF ENERGY ET AL. Temp. Emerg. Ct. App. Certiorari denied. ▮

No. 89–460. MARATHON OIL CO. ET AL. *v.* MCMORAN OFF-SHORE EXPLORATION CO. ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 89–462. LIVERA ET AL. *v.* SMALL BUSINESS ADMINISTRATION ET AL. C. A. 3d Cir. Certiorari denied. ▮

No. 89–467. MULLEN *v.* MAXWELL ET AL. C. A. 4th Cir. Certiorari denied. ▮

No. 89–470. KAYZAKIAN *v.* BUCK ET AL. C. A. 4th Cir. Certiorari denied. ▮

No. 89–493. OLITT *v.* DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE APPELLATE DIVISION, SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. ▮

No. 89–498. HELLENIC REPUBLIC ET AL. *v.* RUSH-PRESBYTERIAN-ST. LUKE'S MEDICAL CENTER ET AL. C. A. 7th Cir. Certiorari denied. ▮

No. 89–512. TEARNEY *v.* ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION, ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 89–518. PILASKI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮